IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

|  |  |
|---|---|
| WANDA ABERCROMBIE,      ) | |
| ) | |
| Plaintiff     ) | |
| ) | C/A No. 6:16-cv-2796-MGL |
| v.     ) | |
| ) | |
| NATIONAL RURAL ELECTRIC    ) | |
| COOPERATIVE ASSOCIATION GROUP  ) | |
| BENEFITS PROGRAM,     ) | |
| ) | |
| Defendant    ) | |
| ) | |

## ORDER

Upon consideration of the parties' joint motion for extension of time, IT IS HEREBY ORDERED, that the motion is GRANTED and that the deadline for the parties' Joint Stipulation set forth in paragraph 5 of the September 28, 2016 Specialized Case Management Order is hereby extended for a period sixty (60) days up to and including March 27, 2017.

IT IS SO ORDERED.

                                                                      s/Mary Geiger Lewis
                                                                      MARY GEIGER LEWIS
                                                                       UNITED STATES DISTRICT JUDGE

January 31, 2017
Columbia, South Carolina